IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RANCHES OF THE WEST, INC., a Wyoming Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>HOLMES DIGITAL INVESTIGATION,<br><br>  Defendant. | CV 24-188-BU-KLD<br><br>ORDER |

   The parties have stipulated to vacate the existing scheduling order and to substitute Defendant James Andrew Holmes individually and d/b/a Holmes Digital Investigation as the real party in interest. (Doc. 28). Accordingly,

   IT IS ORDERED that James Andrew Holmes, individually and d/b/a Holmes Digital Investigation, shall be substituted as the correct Defendant named in this matter, and all references to Holmes Digital Investigation in the Complaint and Answer shall refer to James Andrew Holmes, individually and d/b/a Holmes Digital Investigation. The case caption shall be amended to identify James Andrew Holmes, individually and d/b/a Holmes Digital Investigations as the Defendant.

   IT IS FURTHER ORDERED that all deadlines except those set forth in the

//

1

preliminary pretrial conference order entered on January 22, 2026 (Doc. 33) are VACATED.

DATED this 27th day of January, 2026.

                                                                                    _____
Kathleen L. DeSoto
United States Magistrate Judge